**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

TIMOTHY MOONEY and
TERRY MOONEY,

    Plaintiffs,

v.                                                                            CASE NO: 8:13-cv-3213-T-26AEP

PHILIP HENKIN, M.D.,
HENKIN NEUROSURGERY, P.A.,
MEDTRONIC, INC., and
MEDTRONIC SOFAMOR DANEK USA, INC.,

    Defendants.
_____/

**O R D E R**

    Upon due and careful consideration of the procedural history of this case, it is ordered and adjudged that Defendants' Motion to Dismiss Plaintiffs' Complaint and Request for Evidentiary Hearing (Dkt. 3), filed in state court pursuant to Florida law prior to the removal of this case to federal court, is denied without prejudice to being renewed in compliance with federal law.  In renewing the motion, Defendants shall attach to the motion the letters referenced in the motion, as well as any responses received from Plaintiff's counsel.  Defendants shall renew their motion on or before January 7, 2014.  Plaintiffs shall file their response within fourteen (14) days of service of the renewed motion.

    **DONE AND ORDERED** at Tampa, Florida, on December 26, 2013.

                                                         s/*Richard A. Lazzara*
                                                     **RICHARD A. LAZZARA**
                                                     **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record